UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 0 6 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00059 LPR |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 841(a) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| THOMAS ANTHONY HILL | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about February 23, 2019, the defendant,

THOMAS ANTHONY HILL,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.  Possession of a Controlled Substance (Counterfeit Substance without a Prescription, Not Schedule I/II, Third Offense), in Sevier County, Arkansas, Circuit Court in case number 2004-59;

2.  Possession of a Controlled Substance (Counterfeit Substance without a Prescription, Not Schedule I/II, Third Offense) and Possession of Drug Paraphernalia, in Sevier County, Arkansas, Circuit Court in case number 2006-133;

3.  Possession of a Firearm by a Certain Person and Fleeing, in Sevier County, Arkansas, Circuit Court in case number 2009-10;

    4.    Fleeing, in Sevier County, Arkansas, Circuit Court in case number 2012-32; and

    5.    Possession of a Controlled Substance, Schedule I, II meth/cocaine, less than 2 grams (two counts) and Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in case number 2016-505.

B.    On or about February 23, 2019, in the Eastern District of Arkansas, the defendant,

THOMAS ANTHONY HILL,

knowingly possessed, in and affecting commerce, a firearm, that is: a Makarov, 9mm pistol, model IJ70-18A, bearing serial number J0525757, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about February 23, 2019, in the Eastern District of Arkansas, the defendant,

THOMAS ANTHONY HILL,

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about February 23, 2019, in the Eastern District of Arkansas, the defendant,

THOMAS ANTHONY HILL,

knowingly and intentionally possessed a firearm, that is: a Makarov, 9mm pistol, model IJ70-18A, bearing serial number J0525757, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of any offense alleged in Count 1, 2, or 3 of this Indictment, the defendant, THOMAS ANTHONY HILL, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2 or 3 of this Indictment, the defendant, THOMAS ANTHONY HILL, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 2 or 3 of this Indictment, the defendant, THOMAS ANTHONY HILL, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

[End of text. Signature page attached.]